```
                                          FILED
                                CLERK, U.S. DISTRICT COURT

                                     JUN 19 2012

                                CENTRAL DISTRICT OF CALIFORNIA
                                BY                        DEPUTY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | ED 12-225 M |
| v. | | |
| EDWARD Allen Costa | | **ORDER OF TEMPORARY DETENTION** |
| | | **PENDING HEARING PURSUANT** |
| | DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of ___DEFENDANT___ , IT IS ORDERED that a detention hearing is set for ___JUNE     22___ , ___2012___ , at ___2___ ☐ a.m. / ☑ p.m. before the Honorable ___DAVID T. BRISTOW___ , in Courtroom ___4___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
_____
*(Other custodial officer)*

Dated: ___6/19/12___          _____

                             U.S. ~~District Judge~~/Magistrate Judge