FILED
CLERK, U.S. DISTRICT COURT

OCT 2 4 2012

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. EDWARD COSTA DEFENDANT(S). | CASE NUMBER **EDCR 12-46-VAP** ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **the court**, IT IS ORDERED that a detention hearing is set for **October 25**, **2012**, at **3:00** ☐ a.m. ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom **3**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
  *(Other custodial officer)*

Dated: **10/24/12**

_____
U.S. District Judge/Magistrate Judge